In the Matter of the Application of the GEORGE B. WRAY DRUG COMPANY for a Voluntary Dissolution. (No. 1.)
BENJAMIN S. COMSTOCK et al., Appellants; HARRY R. HICKS, as Receiver, etc., Respondent.

Reported below, 82 App. Div. 645.
(Argued October 5, 1903; decided October 13, 1903.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 1, 1903, which affirmed an order of Special Term denying a motion to set aside a final order dissolving the George B. Wray Drug Company.

The motion was made upon the grounds that the order appealed from was not a final order in a special proceeding; that permission to appeal therefrom had not been granted nor had the Appellate Division certified that any question was involved which ought to be reviewed by the Court of Appeals.

*Ralph E. Prime, Jr.,* for motion.

*Waldo G. Morse,* opposed.

Motion denied, with ten dollars costs.